# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAVIER CARDONA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1216

_____

June 24, 2026

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Felix B. Cannella, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.